**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        Plaintiff,<br><br>vs.<br><br>**JEFFREY GLENN COOPER**<br><br>        Defendant. | **CASE NUMBER: 3:16CR051-001**<br>**USM Number: 47102-177**<br><br><br>**DAVID E VANDERCOY - FCD**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)

**THE DEFENDANT** admitted guilt to the violations of his term of supervised release conditions listed below.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Condition No. 6, Violation No. 1 (Grade C Violation) | Defendant violated the condition of his supervision that he report to the probation officer in the manner and as frequently as court or the probation officer directs, and shall notify the probation officer within 48 hours of any change in residence, and within 72 hours of being arrested or questioned by a police officer. On 9/19/2018 the defendant failed to report to the United States Probation Office for a meeting with his probation officer as directed. | September 19, 2018 |
| Condition No. 13, Violation No. 1 (Grade C Violation) | Defendant violated the condition of his supervision that he shall register with local law enforcement agencies and the state attorney general, as directed by the probation officer, when on 10/5/2018 the defendant failed to notify the state sex offender registration of his employment at Goodwill Industries in St. Joseph County, Indiana, within 3 days. | October 5, 2018 |
| Condition No. 14, Violation No. 1 (Grade C Violation) | Defendant violated the condition of his supervision that he shall participate in sex offender testing and evaluation to include psychological, behavioral assessment and/or polygraph examinations as a means to ensure compliance with program requirements and restrictions, when on 9/4/2018 the defendant failed to attend individual sex offender counseling as directed by the therapist and probation officer. | September 4, 2018 |

Case Number: 3:16CR051-001
Defendant: JEFFREY GLENN COOPER                                                          Page 2 of 4

| | | |
|---|---|---|
| Condition No. 14, Violation No. 2 (Grade C Violation) | Defendant violated the condition of his supervision that he shall participate in sex offender testing and evaluation to include psychological, behavioral assessment and/or polygraph examinations as a means to ensure compliance with program requirements and restrictions, when on 11/5/2018 the defendant failed to attend group sex offender counseling as directed. The defendant was a no call/no show. | November 5, 2018 |
| Condition No. 15, Violation No. 1 (Grade C Violation) | Defendant violated the condition of his supervision that he may only have personal access to internet services approved, in advance, by the probation officer. The probation officer shall have access to all the defendant's electronic devices with internet access, at any time, with or without notice, to enable verification of compliance with this condition. On 11/9/2018 it was discovered with the assistance of law enforcement officers, that the defendant has been accessing the internet without the advanced approval of the probation officer. | November 9, 2018 |
| Condition (as modified on 6/12/18) (Grade C Violation) | Defendant violated the following condition of his supervision. Unless an assessment at the time of release from imprisonment or commencement of probation indicates participation to be unnecessary, the defendant shall participate in a substance abuse treatment program or aftercare program. The court will receive notification of such assessment. The defendant shall abide by all treatment program requirements and restrictions, consistent with the conditions of the treatment provider. On 8/24/2018, 9/17/2018, and 9/28/2018, the defendant failed to attend individual substance abuse counseling at Addictions Recovery Center as directed. | September 28, 2018 |

The defendant is sentenced as provided in page 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

If the Defendant has not already done so, the Defendant is again ordered to pay the special assessment, under the same terms previously imposed and ordered by the Court in its original judgment.

No further term of supervised release to follow the imprisonment term.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, mailing address or other material change in the defendant's economic circumstances until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Case Number: 3:16CR051-001
Defendant: JEFFREY GLENN COOPER                                              Page 3 of 4

April 11, 2019
Date of Imposition of Judgment

s/ Jon E. DeGuilio
Signature of Judge

Jon E. DeGuilio, United States District Judge
Name and Title of Judge

April 11, 2019
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **8 months.**

The Court makes the following recommendations to the Bureau of Prisons: That the Bureau of Prisons designate as the place of the defendant's confinement, if such placement is consistent with the defendant's security classification as determined by the Bureau of Prisons, a facility where he may receive substance abuse and mental health evaluations and counseling as needed, along with sex offender specific treatment; where he may receive medical treatment needed for his physical and mental conditions; and that the defendant be placed in a facility as close as possible to his family in Mishawaka, Indiana, to facilitate regular family visitation.

The Defendant has been in custody since November 13, 2018. The Court recommends that the Defendant be given credit for time served while awaiting sentencing, as calculated by the Bureau of Prisons. Pursuant to § 7B1.5, no credit is to be given toward a sentence of imprisonment for time served on supervised release prior to the revocation.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____,
with a certified copy of this judgment.

                                                _____
                                                       UNITED STATES MARSHAL

                                          By: _____
                                                DEPUTY UNITED STATES MARSHAL